**SEALED**

# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-316 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| Pablo Rayo Montano<br>ak/a "Pablo Joaquin Rayo-Montano"<br><br>DOB:    PDID: | Viviana Buitrago Paz # 15<br>DOB: Unknown<br>Republic of Colombia | **FILED**<br>AUG 0 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE COCAINE INTO THE UNITED STATES;

DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:963, 952 and 959(a); 18:2; 21:853 and 970 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>Alan Kay<br>U.S. MAGISTRATE JUDGE DEBORAH A. ROBINSON | DATE ISSUED:<br>2/22/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>FEB 2 2 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>2/26/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG   CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER<br>John M. Long |
|---|---|---|
| DATE EXECUTED<br>8/6/2007 | | |