NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                    Criminal Number  05 316-15 (ESH)

**VIVIANNA BUITRAGO PAZ**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA        [ ] RETAINED        [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOPHER M. DAVIS 385582
(Attorney & Bar ID Number)

DAVIS & DAVIS
(Firm Name)

514 10th Street NW  9th Floor
(Street Address)

Washington         DC         20016
(City)            (State)     (Zip)

202 234-7300
(Telephone Number)