UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

v.                               :   Crim. No.  05 316-15 (ESH)

VIVIANNA BUITRAGO-PAZ            :


MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY

The defendant, Vivianna Buitrago-Paz, by and through her attorney, Christopher M. Davis, respectfully moves this Honorable Court for an order to have her housed at the Correctional Treatment Facility (CTF).  In support of her request, Ms. Buitrago-Paz states:

1.  Defendant Buitrago-Paz has been housed at the DC Jail since her initial presentment held on August 6, 2007.  Ms. Buitrago-Paz is a foreign national with no ties to the United States.  The defendant was extradited from Columbia for an isolated incident that is alleged to have occurred in Columbia and Brazil.  To counsel's knowledge, Ms. Buitrago-Paz has never been to the United States.

2.  Prior to her extradition from Columbia, Ms. Buitrago-Paz had been detained for well over a year.

3.  The DC Jail does not accept money, sent via Western Union, to detainees.  A DC Jail detainee must have his family send a US Postal Money Order or a Bank Draft drawn on a bank with US branches.   CTF allows inmates to receive funds from Western Union, resulting in direct deposits into the inmate's commissary account.

4.  Ms. Buitrago-Paz can neither purchase a phone card to communicate with

others or purchase items from the commissary (toiletries, writing materials or stamps) as a consequence of not being able to receive money from family and friends.

    5.  Defendant Buitrago-Paz is, in all likelihood, going to be detained locally for well over a year - based on the particular facts of her case.  This is despite the very weak connection alleged between her and the other co-defendants.  Detention at CTF appears to be the appropriate accommodation when all facts are considered.

## Conclusion

Wherefore, defendant Buitrago-Paz requests this Court to order her transfer to the CTF at the earliest date possible.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Buitrago-Paz

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 13th day of August, 2007.

_____
Christopher M. Davis