UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No.  05 316-15 (ESH) |
| VIVIANNA BUITRAGO-PAZ | : |

ORDER

Upon consideration of the defendant's motion to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this ___ day of August, 2007, hereby

ORDERED that defendant Vivianna Buitrago-Paz:

```
DCDC   315 720
DOB    11/21/75
PDID
```

shall be transported, at the earliest possible date, to the Correctional Treatment Facility.

_____
 Ellen Segal Huvelle
 Judge, United States District Court

Dated: _____