UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 05-316 - 4, 13, 15, 19 (ESH) |
| ) | |
| JAIME MICOLTA HURTADO ) | |
| SARA MARITZA RAYO ) | |
| VIVIANA BUITRAGO PAZ ) | |
| JUAN CARLOS GOMEZ ) | |

**GOVERNMENT'S RESPONSE TO REQUEST FOR BILL OF PARTICULARS**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and responds to the requests for a bill of particulars.

FACTS

1. On February 22, 2006, Jaime Micolta, Sara Maritza Rayo, and others were indicted by a federal grand jury in the District of Columbia and charged with conspiring to import five kilograms or more of cocaine into the United States and conspiring to manufacture and distribute five kilograms or more of cocaine intending and knowing that the cocaine would be unlawfully imported into the United States in violation of 21 U.S.C. § 959 and 963. Other defendants were charged in the conspiracy, including Pablo Rayo Montano, as well as Viviana Buitrago Paz and Juan Carlos Gomez.

2. Micolta was arrested in California on May 16, 2006. Sara Maritza Rayo, Buitrago Paz, and Gomez were arrested in Colombia on or about May 16, 2006 and were extradited to the United States. Buitrago Paz and Gomez have only recently arrived in the US.

3. The lead defendant, Pablo Rayo Montano, headed a large drug trafficking organization (DTO) which operated in Brazil, Colombia, Ecuador, Panama, and the United States. Jaime Micolta was a close associate of Pablo Rayo Montanyo when both lived in Panama in the 1990's and early 2000's. Sara Maritza Rayo is the sister of Pablo Rayo, and a judicialized wire tap in Brazil intercepted more than one hundred trafficking related telephone calls between her and Pablo Rayo Montano. Gomez was also intercepted by Brazilian authorities, although not as many times as Maritza Rayo. Buitrago Paz was apparently not intercepted, but was the subject of several intercepted calls.

4. Pablo Rayo is a major cocaine trafficker. He headed a Colombia based DTO which has existed in some form since at least 1990 though Rayo himself has been a drug trafficker since at least the early 1980's. He and his DTO have shipped tons of cocaine to the US via Pacific and Atlantic Ocean routes to Mexico and then on to the US. He began trafficking while living in Colombia, but eventually Colombian law enforcement investigated him and he fled to Panama in the 1990's. In Panama City he formed a group of close allies and created a structure to control his DTO. He brought key associates from Colombia and relied on close friends who were already in Panama. He laundered his enormous US drug proceeds through businesses he created and through property he bought. He acquired and maintained vessels to move his cocaine and made "payments" to Panamanian officials to ensure he could continue to do business. Eventually Panamanian law enforcement began investigating him and in about 2003 he fled to Sao Paulo, Brazil, from where he continued to lead his DTO until his arrest in May 2006. He is presently in custody there.

Jaime Micolta Hurtado

5. Rayo and Micolta have known one another for years, perhaps 30 years or more. Micolta and his brothers have for a long time assisted Rayo in drug trafficking. Although from Colombia, Micolta settled in Panama and was living there in the 1990's when Rayo fled there. Alberto Torres and Micolta would become two of Rayo's closest associates in the Panama years. Micolta, Torres, and others assisted Rayo in trafficking cocaine from Panama.

6. Micolta set up transportation routes for Rayo's Colombia cocaine, acquired vessels and crews, and arranged for the vessels to get to Mexico and the US. He also arranged for drug proceeds to be shipped back to Rayo, drug proceeds which he shared with Rayo. Micolta also assisted Rayo by helping him to open several businesses in Panama City, including the Nautipesca stores, through which Rayo could launder his drug proceeds. Nautipesca consisted of three separate retail stores which sold upscale boating accessories. Micolta met frequently with Rayo to discuss all aspects of Rayo's DTO and was a trusted confidante to Rayo. He maintained offices in Panama City, for example at the Bell South building and at the Aventura building, and there he would conduct drug business for Rayo. Rayo received large sums of money for Rayo, and from Rayo. He also collected money for Rayo. He maintained close contact with Rayo in person and on the phone, though when law enforcement seized go fast loads belonging to the DTO, Micolta would temporarily discontinue calling Rayo.

7. Micolta assisted Rayo in finding and buying the property and businesses Rayo had in Panama. Rayo tried to hide his role in real estate and business, and relied on Micolta and others to hold themselves out as owner's of Rayo's assets. Micolta bought several homes for Rayo which were titled in the name of another, and Micolta helped Rayo to find property in Panama to

buy.

8. When Rayo decided to move to Panama, Micolta talked with a legal person in Panama to work out Rayo's visa issues. Later, Rayo began using this legal person more and more to assist Rayo in the DTO. When Rayo needed the support of Panamanian officials, he often resorted to "payments" to them, payments negotiated by the legal person. On some occasions Micolta delivered the money to the legal person for the payments. Once the legal person needed $20,000 for a payment and Micolta delivered it at Rayo's direction. Rayo used the legal person to buy a lot of real estate, which often required 10% down, and Micolta would sometimes deliver this money too. On one occasion Rayo decided to buy some islands off the coast of Panama, known as Islas Tres Marinas, which Rayo intended to use for his DTO. During the sales process, the legal person needed $180,000, which Micolta delivered to the legal person.

9. In general, Rayo would call the legal person and tell the legal person to expect Micolta with the money. Micolta would bring the money that was used to buy the property or to invest in a business, but the money was also used to buy inventory, cars, and to make payroll. Micolta delivered US currency (which is used in Panama) bound in rubber bands and plastic and usually in denominations of 20, 50, and 100 dollar bills. On some occasions the legal person, Micolta, and Torres would count bulk cash for Rayo. Rayo depended on Micolta in part because Micolta had lived in Panama for several years and could introduce Rayo to influential people and help him find property. Rayo consulted Torres and Micolta before he made decisions, as both Torres and Micolta were like older brothers to Rayo. Micolta was even connected to merchants in the Colon Free Zone in Panama, and Rayo relied on him there.

10. Micolta was connected to the legal person from about 1998 through 2001. Rayo fled

to Brazil in about 2003. In 2003, the legal person began working with MB, another person connected to Rayo's DTO. MB moved cocaine for Rayo, and Micolta worked with MB. Micolta would meet with MB and his associates to discuss movement of the cocaine, which they shipped to the US in loads of fish. Micolta also served as an accountant for MB, taking charge of the money needed for the trafficking operations. Micolta remained active with MB from about October 2002 through February 2003. In 2004, Micolta had some email contact with another Rayo money laundering associate, Fidel Sandoval, who lived mostly in Ecuador. In May and September, 2004, Sandoval emailed Micolta, and in September and October 2004 Micolta emailed Sandoval. These emails coincide with an email on September 16, 2004 between Micolta and Rayo. In October 2004, Micolta was in Cali, Colombia, though he would eventually find his way to California.

    11. Hector Aguilar also laundered money for Rayo, though Aguilar lived in Miami and handled Miami tasks for Rayo. In May 2002, Aguilar sent a fax indicating Micolta would be part of a crew bringing a motor yacht from Panama to Miami. The fax and attached letters sought a visa for Micolta for this purpose. It is not clear if the yacht was ever delivered. As recently as April 2006, Rayo and Micolta were intercepted on the phone. Micolta was in California and said he was working at a factory with Mexicans, and had a route to bring dope up from Mexico that was safe, did not involve containers, and would not cross a river. Rayo said he did not do that. Micolta said he had access to fake driver's licenses like in Panama.

Sara Maritza Rayo

    12. Like Micolta, she was close to Rayo and performed a variety of missions for him.

There were approximately 118 intercepted phone calls between them, and they often talked in coded language. She appeared to run cargo for Rayo on the north coast of Colombia, but she assisted Rayo in many ways, including arranging for loads to be put on boats and shipped out. He instructed her to make arrangements for maintenance and repair of boats, and to recruit and pay crews and maintenance workers for the boats. She appeared to be connected to a boat captain named Adalberto Pena Cordova, who was indicted in the SDFL. She handled the Rayo family's legal problems in Colombia, which were considerable, and they discussed how to solve those problems. They often spoke about his financial situation and his investments. He would dispatch her to handle business for him, and she appeared to be his representative when it was too dangerous for him to travel.

      13. Some of the calls illustrate her roles. In early 2005, Rayo instructed her to travel from Colombia to Panama in late April 2005 to coordinate with Panamanian attorney Pablo Arosemena and arranger for the registration of a boat in Panama. Rayo wanted a boat that was registered in Panama not in the country where it was registered. The intercepts revealed that she was in Cartagena, Colombia on his behalf on May 8, 2005, overseeing repairs being made to a boat there. On November 15, 2005, she said she was tired, but it would be worth it once the payments started coming in. She said they were unable to load that day but would load the next day, and that the crew would be satisfied with part payment because they knew the merchandise was inside. She asked Rayo if he had someone to pick up the money because she did not want to hang on to it. She talked about upcoming trips taking 5 and 3 days to load, and he asked her how much she had total, which she did not know.

Viviana Buitrago Paz

14. On May 5, 2005, she was arrested in the airport in Sao Paulo carrying $30, 620.00 for Rayo. The money was concealed in two magazines she was carrying after she had cleared immigration and customs and had recovered her baggage. In the days leading up to the seizure, there were intercepted calls between Rayo and Hector Barco, aka Alfonso, in which they discussed sending a female courier from Colombia to Sao Paulo to deliver cash to Rayo. After she was arrested, they were intercepted discussing how to bond her out. A second courier, Jhon Giraldo Sanchez, was also arrested in the Sao Paulo airport carrying about $15,000 for Rayo. He was also carrying a copy of Jackson Orozco Gill's passport. Gill was one of Rayo's most important associates in Colombia, as he and Mars Micolta controlled most of Rayo's cocaine.

Juan Carlos Gomez

15. In 2005 and 2006, Brazilian authorities intercepted calls between Gomez and Rayo. Gomez was in Colombia and Rayo was usually in Sao Paulo. Gomez was connected to the financial side of the Rayo's DTO. Gomez' role included taking care of Rayo's assets in Colombia and facilitating the movement of Rayo's money. Like the calls with Sara Maritza Rayo, the calls were usually in code. And like Maritza, Gomez played many roles for Rayo, including that of a troubleshooter who was able to travel whenever Rayo needed him to. Some calls illustrate his role in the DTO. In at least one call, Gomez and Hector Barco, aka Alfonso, were on the phone together talking to Rayo. As noted above, Barco also assisted Rayo in moving Rayo's money. In some of the calls Gomez volunteered to travel anywhere for Rayo and to do anything, and they discuss the location of certain crews Rayo was concerned about. In February

2006, Gomez met Rayo and Jose Arango in Rio de Janiero, Brazil. Arango was another money laundering associate from Miami. And on February 14 and 15, 2006, Gomez flew to Sao Paulo to meet with Rayo and was observed at the airport.

Respectfully submitted,

Paul W. Laymon
Wanda Dixon
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division, Department of Justice
(202) 514-1286

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was provided to defense counsel on August 20, 2007.

_____
Paul Laymon
Trial Attorney, DOJ