UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 316-15 (ESH) |
| VIVIANNA BUITRAGO-PAZ | : |

RESPONSE TO GOVERNMENT DOC 54

The defendant, Vivianna Buitrago-Paz, by and through her attorney, Christopher M. Davis, *does not oppose* the Government Motion to Exclude Time Under the Speedy Trial Act, *conditioned upon* the government's representation that a trial date be set in early 2008. However, in the event a trial does not go forward in January or early February, Ms. Buitrago-Paz would oppose any exclusion of time under the Speedy Trial Act.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Buitrago-Paz

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 5th day of September, 2007.

_____
Christopher M. Davis