UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 316-15 (ESH) |
| VIVIANNA BUITRAGO-PAZ | : |

MOTION TO WITHDRAW MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY

The defendant, Vivianna Buitrago-Paz, by and through her attorney, Christopher M. Davis, respectfully moves to withdraw her Motion for Transfer to CTF (Doc 51). In support of her request, defendant states:

The defendant filed a motion to be transferred to CTF on August 13, 2007. Since the filing of this motion, defendant has been moved to CTF. Since no order for her transfer was filed, counsel is assuming that the motion is still pending, and therefore, has been rendered moot.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Buitrago-Paz

Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this motion was served via ECF upon all parties of record, on this 5th day of September, 2007.

_____
Christopher M. Davis