UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05 316-15 (ESH) |
| VIVIANNA BUITRAGO-PAZ | : |

### ORDER

Upon consideration of the defendant's motion to withdraw her request to be transferred to the Correctional Treatment Facility, and any opposition or lack thereof, it is on this ___ day of September, 2007, hereby

ORDERED that the motion (Doc 51) is withdrawn as moot.

_____
 Ellen Segal Huvelle
Judge, United States District Court

Dated: _____