IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

v. : Crim. No. 05 316-15 (ESH)

**VIVIANA BUITRAGO-PAZ** :

MOTION FOR INTERIM INTERPRETER PAYMENTS

The defendant, by and through her attorney, Christopher M. Davis, moves this Honorable Court to authorize interim payments for her interpreter, **Matilde Farren**, under the Criminal Justice Act and states the following in support of her motion:

1. The defendant is a Columbian national with limited, if any, ability to speak English. Counsel would expect to be conferring with the defendant, at the CTF, approximately twice a month. In addition to these meetings, documents will need to be translated and tapes will need to be reviewed (in most instances, in the defendant's presence). The defense expects to consult with counsel for the co defendants to work out the details for the translation of common interest documents, but there will still be a need for a consistent trustworthy and reliable interpreter for Ms. Buitrago-Paz. Due to the nature of this case, Defendant requests that her court certified interpreter be allowed to submit interim vouchers.

Wherefore, defendant moves this Court to grant relief consistent with her instant motion.

Respectfully submitted,

_____
Christopher M. Davis #385582

DAVIS & DAVIS  
The Lincoln Building  
514 10th Street NW  
Ninth Floor  
Washington, DC 20004  
Office (202) 234-7300  
Fax   (202) 686-0391  
CDAVISDC@AOL.COM

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record have been served via the ECF system on this 13th date of October, 2007.

_____  
Christopher M. Davis