IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States                    *

                                 *

v.                               *    Case No: 05 316-15

                                 *

Viviana Buitrago-Paz             *

                                 *

                                 *

                              *****

## ORDER FOR INTERIM PAYMENTS TO INTERPRETER

Upon request of court appointed counsel, due to the limited English language skills of the defendant and the length and complexity of the representation in this case, along with the anticipated hardship on the interpreter providing services pursuant to subsection (e) of the Criminal Justice Act for such a period without compensation, in accordance with paragraph 2.30 A of the Guidelines for the Administration of the Criminal Justice Act, the following procedures for interim payments shall apply to **Matilde Farren**, a certified court interpreter, during the course of the representation in this case:

    1. Submission of Vouchers

**Ms. Farren** shall submit to the court clerk an interim CJA form 21 Authorization and Voucher for Expert and Other Services. Compensation earned shall be claimed on an interim voucher every 30 days. However, the first interim voucher shall reflect all compensation claimed and reimbursable expenses incurred from the date of appointment to the date this order is signed. Thereafter, the vouchers shall be submitted every 30 days. **Ms. Farren** shall complete section 17 of each voucher submitted. All interim vouchers shall be supported by detailed and itemized time and expense statements.

The Court will review each interim voucher when it is submitted and will authorize payment for 80% of the approved compensation. The Court will also authorize for payment all reimbursable expenses reasonably incurred.

    The approved interim vouchers will be submitted directly to the Administrative Office for payment.

At the conclusion of the representation in this case, **Ms. Farren** shall submit a final voucher seeking payment of the 20% balance withheld from the

earlier interim vouchers. The final voucher shall also set forth in detail the time and expenses claimed for the entire case, including all appropriate documentation. A statement should be attached to the voucher which reflects all compensation to be paid at the conclusion of the case. After reviewing the final voucher, I will submit it to the Chief Judge of the Circuit or his or her delegate for review and approval.

    2. Reimbursable Expenses

**Ms. Farren** may be reimbursed for out-of-pocket expenses reasonably incurred incident to the representation. While the statute and applicable rules and regulations do not place a monetary limit on the amount of expenses that can be incurred, **Ms. Farren** should incur no single expense in excess of $300.00 without prior approval of the Court. Such approval may be sought by filing an ex parte application with the Clerk stating the nature of the expense, the estimated dollar cost and the reason the expense is necessary to the representation. An application seeking such approval may be filed in camera, if necessary. Upon finding that the expense is reasonable, I will authorize **Ms. Farren** to incur it. Recurring expenses, such as telephone toll calls which aggregate more than $300.00 on one or more interim vouchers are not considered single expenses requiring Court approval.

    The following additional guidelines may be helpful:

    a. Case related travel by privately owned automobile should be claimed at the rate of 48.5 cents per mile. Receipts are required for parking and toll fees. Transportation other than by privately owned automobile should be claimed on an actual expense basis. Air travel in "first class" or "business class" is prohibited. Travel via common carrier requires the permission of the court to facilitate the use of government travel rates.

    d. Additional guidance or answers to questions can be obtained by contacting the Erika Freeman at the Federal Public Defenders Office, (202) 208-7500.

    Approved:

_____
Janice R. Brown *Circuit*
United States ~~District~~ Judge
Per Chief Judge, United States Court of Appeals, DC Circuit

Date: 12/14/07

_____
Ellen Segal Huvelle
Judge, U.S. District Court

Date: 1/21/07

| | |
|---|---|
| Erika Freeman<br>Administrative Assistant<br>Office of the FPD<br>625 Indiana Avenue, NW.<br>Suite 550<br>Washington, D.C. 20004 | Christopher M. Davis, Esquire<br>Davis & Davis<br>The Lincoln Building<br>514 10th Street, NW<br>Ninth Floor<br>Washington, DC 20004<br>ATTORNEY FOR Viviana Buitrago-Paz |