IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Crim. No 05-316(ESH)
v. :
:
*Juan Carlos Gomez, et al* :

**MOTION TO RESCHEDULE THE STATUS HEARING**

Juan Carlos Gomez through undersigned counsel, respectfully moves this Court reschedule the currently scheduled status hearing of April 18, 2008. Undersigned is currently in a homicide trial before the Honorable Judge Dixon. The trial is expected to last through April 21, 2008. As Wednesday April 16, 2008, is a District of Columbia holiday, the court will not be sitting on Wednesday, however, to make up for the loss of the trial day on Wednesday, Court will be in session on Friday the 18 of April, 2008.

Considering the continuing on going discovery issues and requests for sanctions, undersigned believes it important to be present for the hearing rather than seek the assistance of a stand in counsel.

Undersigned has notified all parties of this motion but has not yet received any responses.

***WHEREFORE***, Mr.Gomez, respectfully requests the Court grant this motion and reschedule the status hearing currently scheduled for April 18, 2008.

Respectfully submitted,

______________________________

Elita C. Amato
Counsel to Juan Carlos Gomez
D. C. Bar # 442797
2009 N. Fourteenth Street, Suite 708
Arlington, VA 22201
703-522-5900

**CERTIFICATE OF SERVICE**

**I CERTIFY** that the above motion was filed electronically on April 10, 2008, thereby causing service electronically on all parties in this case.

____________________

**Elita C. Amato, Esq.**