UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
V. : Case No. 05-316 (ESH) -15
:
~~PABLO RAYO et al.~~ Viviana Buitrago Paz :

### FACTUAL BASIS

Pablo Rayo trafficked cocaine from the 1980's until his arrest in May 2007. Numerous witnesses with personal knowledge of his trafficking would testify about his acquisition and transportation of cocaine, its distribution in the United States, and his laundering of millions of dollars in drug proceeds.

Rayo grew up in a small Colombia fishing village. Two of his brothers, Jose Joaquin Rayo and Jimmy Rayo, and his sister, Sara Maritza Rayo, joined him in the drug trade. In fact, the Rayo family was well known in Cali and other cities as a drug trafficking family. In the early 1990's, the Rayo organization moved 500 to 1000 kg loads of cocaine to Houston, Texas, where Rayo's boyhood friend, Domingo Micolta, had contacts to distribute it. Eventually Rayo began using fishing vessels to move the loads of cocaine to Mexico and then on to the US. Some of these loads were between 1500 and 2000 kgs of cocaine. For a significant part of the 1990's, Rayo worked either with Domingo Micolta or his brother Omar Micolta, or both, in moving cocaine to the US.

In about 1996, after Colombian authorities began investigating him, Rayo and many in his organization moved to Panama City, Panama, from where Rayo continued to move large loads

of cocaine to the US. Rayo spent much of his time in Panama from 1996 to about 2004. He invested in homes for his associates and opened three businesses through which he laundered his drug proceeds. One key associate in the Panama years (and afterwards in Brazil) was Jackson Orozco Gil, who became Rayo's trusted lieutenant and who personally assisted in moving many loads of cocaine to the US. (Another key associate in Panama was Jaime Micolta.) During the Panama years, Rayo joined with drug transporters in Mexico and Guatemala to move his cocaine to the US, often moving loads in excess of 2000 kgs.

Rayo maintained "secretaries" in Mexico whose job was to receive drug proceeds (in US dollars) coming back from the US. These "secretaries" would be responsible for getting the drug proceeds back to Gil and others who would get them into Rayo's control. Once the money was under Rayo's control, he would launder it through his businesses in Panama and Columbia. In this way he was able to buy real estate and other assets in Colombia, through which he could launder more money.

In about 2004, Rayo fled to Sao Paulo, Brazil after Panamanian authorities began to investigate him. From about April 2005 until his arrest in May 2007, Brazilian authorities listened to Rayo's telephone conversations via judicially authorized interceptions. In many of these conversations, some of them to associates who had previously served with him in Colombia and Panama, Rayo spoke cryptically about money, boats, and the maintenance of his many assets, including his businesses in Panama, his real property in Colombia, and his maritime assets (boats and other maritime equipment). While in Brazil, Rayo continued to rely on his associate, Jackson Orozco Gil, who was living in Cali, Colombia. Orozco Gil continued to assist Rayo in arranging cocaine deals while Rayo was in Brazil, as well as assisting Rayo in managing the drug proceeds which Rayo had accumulated up to that time.

### Sara Rayo

Witness testimony would show that Sara Rayo joined her brother in his drug trafficking organization by the Panama years. Domingo Micolta lived in Houston in the 1980's where he sold cocaine. After he moved back to Colombia, he worked with Pablo Rayo in the 1990's moving loads of cocaine to Houston (and later to New York and California). By the time Rayo moved to Panama, Sara Rayo took over part of the duties of Domingo Micolta in managing the fishing vessels used to transport cocaine and managing Rayo's assets which had been purchased with drug proceeds and through which he laundered additional drug proceeds. Though she continued to live in Colombia, she traveled at her brother's direction within Colombia and to Panama. She arranged for boats and boat crews to transport cocaine or money, and she assisted him as noted above with his assets.

From May 2005 to May 2007, Brazilian authorities intercepted telephone calls between the two Rayos. Sometimes their conversations were coded and involved the use of generic references ("get hold of the thin one") rather than specific names. Pablo Rayo would instruct her to arrange for maintenance and repair of boats, and recruiting and payments of crew members. They spoke often about the ongoing legal problems of the Rayo family in Colombia resulting from the still continuing investigation of him in Colombia, and he often instructed her to talk with or pay various lawyers in Colombia. They talked frequently about his financial investments in Colombia.

### Alba Giraldo Sanchez

After Domingo Micolta returned to Colombia from Houston and started working for Rayo helping to move loads of cocaine to the US, Micolta and Alba Giraldo had a romantic relationship in the mid 1990's. Eventually Micolta introduced her to Jackson Orozco Gil, and

Giraldo started working for Gil in about 2000 or 2001. Giraldo became romantically involved with Diego "Camillo" Baez, a cocaine trafficker associated with Rayo and Gil. In 2001, at Gil's request, Giraldo and Hector Barco, aka "Kanguro", twice traveled to pick up drug proceeds Baez had sent to Gil via couriers from Mexico. Giraldo and Barco picked up 700 million pesos, or about $350,000 (US). Baez facilitated the movement of drug proceeds back to Gil for Rayo. Baez would call Giraldo to reconcile the amount of drug proceeds he sent . Giraldo well knew that Gil and Baez were involved in cocaine trafficking.

Gil and Giraldo worked together to start CI World Fishing, a "fish business" in Cali, Colombia. Since neither of them knew much about the frozen fish business, they consulted with Domingo Micolta. Both Gil and Giraldo commented that the business was designed to conceal illegal assets. Giraldo became the office manager of CI World Fishing in about 2003, working directly for Gil. Though part of her duties concerned legitimate business, another part of her job was to pay the expenses associated with Pablo Rayo's property. She knew Rayo was a drug trafficker. On two occasions she traveled to Sao Paulo to see Rayo, to show him monthly expense reports for Rayo owned property in Cali, for which it was her job to balance the accounts.

### Jhon Jairo Giraldo Sanchez

Brother to Alba Giraldo, he came to work for Gil at CI World Fishing. He traveled with Gil and for Gil to Panama and Brazil. On November 17, 2005, at Gil's request, Alba Giraldo gave her brother $15,000.00 in United States currency, and he carried the money on a flight from Colombia to Sao Paulo, where Rayo lived and where Gil had gone. On November 17, Jhon Giraldo was arrested at Guarulhos International Airport, in Sao Paulo, when he failed to declare the $15,000.00 in United States currency which he was carrying. The money was in 100 dollar

bills. He was also carrying documents related to Rayo or Jackson, including a copy of a utility bill for a residence in Panama.

Viviana Buitrago Paz

On May 5, 2005, Viviana Buitrago Paz flew from Colombia to Sao Paulo, Brazil, the home of Pablo Rayo. Buitrago Paz was arrested at the Sao Paulo International Airport, in Guarulhos, Sao Paulo, Brazil. She had in her possession $30,620.00 in United States currency, which was found secreted within two magazines she was carrying. After entering the immigration and customs area of the airport, where she was required to declare her possession of the United States currency, she failed to declare her possession of the United States currency and was arrested after she cleared immigration and customs.

In the days leading up to her arrest and the seizure of the currency, the Brazilian National Police, who were engaged in judicially authorized intercepts of the telephones used by Pablo Rayo, intercepted telephone calls between Rayo and "Alfonso" in which Rayo and "Alfonso" discussed a female courier who would be dispatched by "Alfonso" from Colombia to bring United States currency to Rayo in Sao Paulo. After Buitrago Paz was arrested, a number of telephone calls involving Rayo were intercepted. These calls showed Rayo and others discussing her arrest, attempting to assess its significance, and arranging to find an attorney to represent her and get her released from custody. Eventually, she was released from custody and returned to Colombia.

"Alfonso" was later identified as Hector Barco, also known as "Kanguro", a trusted associate in Rayo's drug trafficking organization, who lived in Cali, Colombia. See discussion of him in Alba Giraldo section above.

_____
Paul Laymon
Trial Attorney
Department of Justice

_____
Counsel for Defendant

_____
Viviana Buitrago Paz
Defendant