
FILED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## EXPOSICIÓN DE LOS HECHOS

Pablo Rayo traficó cocaína desde los años 1980 hasta su detención en mayo del 2007. Numerosos testigos con conocimientos personales de su tráfico testificarían en un juicio acerca de su adquisición y transporte de cocaína, la distribución de la misma en los Estados Unidos, y su blanqueo ilegal de millones de dólares en ganancias de la droga.

Rayo se crió en un pequeño pueblo pesquero. Dos de sus hermanos, José Joaquín Rayo y Jimmy Rayo, y su hermana, Sara Maritza Rayo, se le unieron en el negocio de la droga. De hecho, la familia Rayo era bien conocida en Cali y en otras ciudades como una familia traficante de drogas.

A principios de los años noventa, la organización Rayo movió 500 a 1000 kgs en cargamentos de cocaína a Houston, Texas, donde el amigo de la niñez de Rayo, Domingo Micolta, la distribuyó. Eventualmente, Rayo empezó a usar naves pesqueras para mover los cargamentos de cocaína a México, y luego a los EE.UU. Algunos de estos cargamentos de cocaína pesaban entre 1500 y 2000 kgs. Por una parte considerable de los años noventa, Rayo trabajó con Domingo Micolta o con su hermano Omar Micolta, o con los dos, para trasladar cocaína a los EE.UU.

Sobre 1996, después de que las autoridades colombianas le empezaron a investigar, Rayo y muchos en su organización se trasladaron a la Ciudad de Panamá, en Panamá, en donde Rayo continuó trasladando grandes cargamentos de cocaína a los EE.UU. Rayo pasó mucho tiempo en Panamá desde 1996 hasta 2004. Invirtió en viviendas para sus asociados y abrió tres negocios por medio de los cuales traficaba sus ganancias de la droga. Un asociado principal en los años en Panamá (y más tarde en Brasil) fue Jackson Orozco Gil, quien se hizo un teniente de confianza de Rayo, y quien personalmente asistió en el traslado de muchos de los cargamentos de cocaína a los EE.UU. (Otro asociado principal en Panamá fue Jaime Micolta). Durante los años en Panamá, Rayo se juntó con transportistas de drogas en México y Guatemala para mover su cocaína a los EE.UU., moviendo a menudo cargamentos en exceso de 2000 kgs.

Rayo mantenía "secretarios" en México cuyo trabajo consistía en recibir las ganancias de la droga (en dólares estadounidenses) que volvían de los EE.UU. Estos "secretarios" eran responsables de arreglar la entrega de las ganacias de la droga a Gil y a otros, quienes a su vez la entregaban al control de Rayo. Una vez que el dinero estaba bajo el control de Rayo, él lo lavabaaba por conducto de sus negocios en Panamá. De esta forma, podía comprar inmuebles y otros bienes en Colombia, por los que podía lavar aún más dinero.

Sobre 2004, Rayo huyó a Sao Paulo, Brasil, después de que las autoridades de Panamá empezaron a investigarle. Desde alrededor de abril de 2005, hasta su detención en mayo del 2007, las autoridades brasileñas escucharon conversaciones telefónicas de Rayo por medio de intercepciones autorizadas por el poder judicial. En muchas de estas conversaciones, algunas de las que fueron dirigidas a asociados quienes previamente habían servido a Rayo en Colombia y Panamá, Rayo hablaba en lenguaje codificado sobre dinero, barcos, y el mantenimiento de sus bienes, incluyendo sus negocios en Panamá, sus inmuebles en Colombia, y sus bienes marítimos (barcos y otro equipo marítimo). Mientras estuvo en Brasil, Rayo continuó dependiendo de

suasociado, Jackson Orozco Gil, quien vivía en Cali, Colombia.  Orozco Gil continuaba asistiendo a Rayo en sus negocios de cocaina mientras Rayo estuvo en Brasil, igual que continuó asistiéndole para manejar las ganancias de la droga que Rayo había acumulado hasta ese momento.

### Sara Rayo

El testimonio de los testigos mostraría que Sara Rayo se juntó a su hermano en su organización de tráfico de drogas en los años de Panamá.  Domingo Micolta vivía en Houston en los añosochenta, donde vendía cocaína.   Después de su vuelta a Colombia, Micolta trabajó con Pablo Rayo en los años noventa moviendo cargamentos de cocaína a Houston (y después a New York y a California).  Cuando Rayo ya se había trasladado a Panamá, Sara Rayo se encargó de una parte de las tareas de Domingo Micolta en el manejo de las naves de pesca usadas para el transporte de cocaína, y se encargó del manejo de los bienes de Rayo que fueron comprados con las ganancias de la droga y por medio de los cuales él había blanqueado ganancias adicionales de la droga.   Aunque ella continuaba viviendo en Colombia, viajaba por mandato de su hermano en Colombia y a Panamá.  Ella disponía  los barcos y las tripulaciones para transportar cocaína o dinero, y también asistía a su hermano con sus bienes, como ya se ha mencionado.

Desde mayo del 2005 hasta mayo del 2007, las autoridades brasileñas interceptaron llamadas telefónicas entre los dos hermanos Rayo.  A veces sus conversaciones estaban en lenguaje codificado y usaban términos genéricos ("llama al flaco"), en vez de usar nombres específicos.   Pablo Rayo le mandaba organizar el mantenimiento y la reparación de los barcos, y la contratación y el pago de la tripulación.  Ellos hablaban a menudo acerca de los problemas legales de la familia Rayo en Colombia que resultaron de la continuación de la investigación de Pablo Rayo en Colombia, y a menudo le mandaba pagar o hablar con varios abogados en Colombia.   Con frecuencia ellos hablaban  de sus inversiones financieras en Colombia.

### Alba Giraldo Sánchez

Después de que Domingo Micolta volvió de Houston a Colombia  y empezó a trabajar con Rayo, ayudándole a mover cargamentos de cocaína a los EE.UU., Micolta y Alba Giraldo tuvieron una relación romántica a mediado de los años noventa.    Eventualmente, Micolta hizo las presentaciones entre Alba Giraldo y Jackson Orozco Gil, y Giraldo empezó a trabajar con Gil sobre 2000 o 2001.  Giraldo tuvo una relación romántica con Diego "Camilo" Báez, un traficante de cocaína vinculado a Rayo y Gil.  En 2001, por mando de Gil, Giraldo y Héctor Barco (conocido por "Kanguro"), viajaron dos veces para recoger ganancias de droga que Báez había mandado a Gil por medio de mensajeros de México.  Giraldo y Barco recogieron 700 millones de pesos, o cerca de $350.000 (EE.UU.).  Báez facilitaba el traslado de las ganancias de la droga a Gil en beneficio de  Rayo.  Báez llamaba a Giraldo para confirmar la cantidad de ganancias de la droga que había mandado.  Giraldo sabía bien que Gil y Báez estaban

involucrados en el tráfico de cocaína.

Gil y Giraldo trabajaron juntos para empezar CI World Fishing, un "negocio de pesca" en Cali, Colombia. Puesto que ninguno de los dos sabía mucho acerca del oficio del pescado congelado, ellos consultaban con Domingo Micolta. Gil y Giraldo comentaron que el negocio fue creado para ocultar bienes ilícitos. Giraldo se hizo cargo de la oficina de CI World Fishing sobre 2003, trabajando directamente para Gil. Aunque una parte de sus tareas se trataba de asuntos legítimos, la otra parte de su trabajo se dedicaba a pagar los gastos derivados de la propiedad de Pablo Rayo. Ella sabía que Rayo era traficante de droga. En dos ocasiones ella viajó a Sao Paulo para ver a Rayo, para mostrarle los informes mensuales de gastos de la propiedad de Rayo en Cali, siendo su trabajo manejar las cuentas.

### Jhon Jairo Giraldo Sánchez

Hermano de Alba Giraldo, él vino a trabajar para Gil en CI World Fishing. Él viajaba con Gil y para Gil a Panamá y a Brasil. El 17 de noviembre de 2005, por orden de Gil, Alba Giraldo le dio a su hermano $15.000,000 en moneda estadounidense, y él llevó el dinero en un vuelo de Colombia a Sao Paulo, donde Rayo vivía y donde Gil había ido. El 17 de noviembre, Jhon Giraldo fue detenido en el Aeropuerto Internacional de Guarulhos, en Sao Paulo, donde él omitió la declaración de los $15.000,00 en moneda estadounidense que llevaba. El dinero consistía en billetes de 100. También llevaba documentos relacionados a Rayo o Jackson, incluyendo una copia de una factura de servicios para una residencia en Panamá.

### Viviana Buitrago Paz

El 5 de mayo de 2005 Viviana Buitrago Paz voló de Colombia a Sao Paulo, Brasil, donde vivía Pablo Rayo. Buitrago Paz fue arrestada en el Aeropuerto Internacional de Guarulhos, Sao Paulo, Brasil. Tenía en su posesión $30.620,00 en moneda estadounidense, los cuales se encontraron ocultos en dos revistas que llevaba. Tras llegar a la zona de inmigración y aduanas del aeropuerto, donde debía declarar su posesión del dinero estadounidense, no lo hizo y fue arrestada cuando salió de inmigraciones y aduanas.
En los días antes de su arresto e incautación del dinero, la Policía Nacional de Brasil, que participaba en intercepciones telefónicas legalmente autorizadas de los teléfonos que usaba Pablo Rayo, interceptó llamadas entre Rayo y "Alfonso" en las cuales Rayo y "Alfonso" hablaron de una mujer que "Alfonso" enviaría de correo desde Colombia para que le llevara dinero estadounidense a Rayo en Sao Paulo. Tras el arresto de Buitrago se interceptó un número de llamadas telefónicas en las que participó Rayo. En estas llamadas Rayo y otros hablaron del arresto de ella, tratando de evaluar su importancia, y tomando disposiciones para contratar a un abogado que representara sus intereses y lograra su liberación y su regreso a Colombia.
"Alfonso" fue identificado más tarde como Héctor Barco, también conocido como "Kanguro", un asociado de confianza en la organización narcotraficante de Rayo, quien vivía en Cali, Colombia. Ver detalles sobre él en la sección más arriba sobre Alba Giraldo.

_Paul Laymon_
Fiscal

_[signature]_
Abogado Defensor

_Viviana Buitrago Paz_
Acusada