**TRIBUNAL DE DISTRITO DE LOS ESTADOS
PARA EL DISTRITO DE COLUMBIA**

**FILED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**EL GOBIERNO DE LOS
ESTADOS UNIDOS DE AMERICA**          *

       **contra**          *          **CASO No. 05-316 (ESH)**

**VIVIANA BUITRAGO PAZ**          *


**ACUERDO DE DECLARACION DE CULPABILIDAD**

1.     La acusada, VIVIANA BUITRAGO PAZ, a sabiendas y voluntariamente celebra este acuerdo con el gobierno de los Estados Unidos, a través de la Sección contra Narcóticos y Drogas Peligrosas de la División de lo Penal del Departamento de Justicia de los Estados Unidos, con fines de declararse culpable al Cargo Uno de la Acusación, que imputa al demandado/la demandada el cargo de conspiración para distribuir cocaína, a sabiendas de que dicha cocaína se destinaba a la importación ilegal a los Estados Unidos, en violación de Titulo 21, Código de los Estados Unidos, Secciones 959, 960(b)(3)y 963.

2.     La acusada entiende que el delito del cual se declara culpable se castiga con la pena máxima de prisión de veinte años, una multa que no debe exceder $1.000.000, y un periodo de libertad supervisada de al menos tres (3) años.

3.     La acusada acuerda pagar al Secretario del Tribunal de Distrito de los Estados Unidos una tasación especial de cien dólares (US $100) por cada cargo del que sea condenada.  La acusada conviene en pagar en el momento de la imposición de sentencia o cuanto antes posible después del fallo de sentencia cualquier tasación especial que le sea impuesta .

4.     La acusada entiende que si el Tribunal acepta su declaración de culpabilidad como se describe en este acuerdo, conforme  con La Regla Federal del Procedimiento Penal 11(c)(1)(c), el Tribunal seguirá la recomendación de sentencia expuesta en el párrafo ocho abajo.

5.     Las partes convienen en que a la acusada se le impondrá una sentencia de prisión de 22 meses de acuerdo con La Regla Federal de Procedimiento Penal 11(c)(1)(c). A fin de poner en práctica este Acuerdo, las Partes convienen en que el Tribunal sentenciará a la acusada al tiempo ya cumplido, y que se le acreditará el tiempo cumplido en Colombia en espera de la extradición así como el tiempo cumplido en los Estados Unidos bajo la custodia del gobierno estadounidense.

6.     La acusada conviene en que no podrá retirar su declaración de culpabilidad basada en este acuerdo, salvo que el Tribunal no acepte dicho Acuerdo de Declaración de Culpabilidad.

7.    El gobierno de los Estados Unidos se reserva el derecho de presentar al Tribunal sus argumentos acerca de la sentencia.

8.    La acusada reconoce que la información contenida en su legajo le permite a la Corte ejercer su autoridad para imponer sentencia sin la necesidad de preparar una investigación previa a la sentencia, por lo cual la acusada renuncia a todo derecho a una investigación pre-sentencia

9.    La acusada conviene en que es responsable de 400 gramos pero menos de 500 gramos de cocaína. Las partes convienen en que la acusada reúne los requisitos para que se le apliquen elementos mitigantes de su papel, conforme a U.S.S.G. Sección 3B1.2 (tres niveles), por aceptar su responsabilidad conforme a 3E1.1 (tres niveles) y por la válvula de seguridad que se expone en la Sección 5C1.2 (dos niveles). Las Partes también convienen en que la acusada tiene un historial delictivo de Categoría 1. Por lo tanto, la guía de imposición de sentencia en su caso oscila entre 21 y 27 meses (Nivel de delito 16, Historial delictivo Categoría 1)

10.    Este acuerdo de declaración de culpabilidad es vinculante para la Sección contra Narcóticos y Drogas Peligrosas de la División de lo Penal del Departamento de Justicia de los Estados Unidos.  No vincula a ninguna otra autoridad federal, estatal o local.

11.    La acusada manifiesta al Tribunal que está totalmente satisfecha con los servicios de su abogado.

12.    La  acusada manifiesta al Tribunal que no se ha recibido ninguna amenaza en su contra,  y que no se le ha hecho ninguna promesa (aparte de las contenidas en el Acuerdo sobre la Declaración de Culpabilidad), y que la acusada se declara culpable voluntariamente.

13.    Este Acuerdo sobre la Declaración de Culpabilidad contiene la totalidad de los términos y condiciones del acuerdo entre la acusada y el gobierno de los Estados Unidos.  No existen acuerdos, entendimientos, promesas, manifestaciones ni condiciones, aparte de los contenidos en este Acuerdo de Declaración de Culpabilidad.  No podrá hacerse ningún acuerdo, entendimiento, promesa, manifestación o condiciones o cambios a este Acuerdo de Declaración la Culpabilidad a menos que sea por escrito y lleve la firma de las Partes.


_Viviana Buitrago P82._
ACUSADA

_(firma)_
ABOGADO DEFENSOR

_Paul Laymon_
PAUL W. LAYMON
FISCAL
DEPARTAMENTO DE JUSTICIA DE LOS EE.UU.
WASHINGTON, D.C.

16 Apr 08
FECHA