CO-526
(12/86)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-316-(15)
)
Viviana Buitrago Paz )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Viviana Buitrago Paz_
**Defendant**

_[signature]_
**Counsel for defendant**

I consent:

_Paul Laymon  16 Apr 08_
**United States Attorney**

Approved:

_Ellen S. Huvelle_
**Judge**